NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERRY R. ALEXCE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7073

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 06-3559, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Perry R. Alexce moves out of time for a 60-day extension of time, until March 29, 2011, to file his corrected brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 0 7 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Naomi E. Farve, Esq.
     Jane W. Vanneman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 0 7 2011**

**JAN HORBALY**
**CLERK**